UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANA PASKOVA,

                Plaintiff,

v.

I REQUIRE ART STUDIOS, LLC,

                Defendant.

**ORDER**

19 Civ. 7130 (ER)

RAMOS, D.J.

    On July 30, 2019, Yana Paskova brought suit against I Require Art Studios, LLC for copyright infringement. Doc. 1. On September 12, 2019, the Court granted Defendant an extension of time to respond to the complaint until October 1, 2019. Since then, Defendant has not filed a response to the complaint and the parties have not otherwise contacted the Court. Accordingly, the parties are directed to submit a joint status report by **October 22, 2020**.

    It is SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                          Edgardo Ramos, U.S.D.J.