UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANA PASKOVA,

                Plaintiff,

v.                              **ORDER**

I REQUIRE ART STUDIOS, LLC,      19 Civ. 7130 (ER)

                Defendant.

RAMOS, D.J.

    On July 30, 2019, Yana Paskova brought this action against I Require Art Studios, LLC for copyright infringement.  Doc. 1.  Defendant was served on August 1, 2019 but has neither appeared in this case nor responded to the complaint.  Doc. 5.  On November 23, 2020, the Clerk issued a certificate of default as to Defendant and Plaintiff moved for default judgment against Defendant by filing a declaration.  Docs. 13, 14.  Because Plaintiff has failed to follow the procedures for moving for default judgment as set forth in Attachment A to the Court's Individual Practices, the Court rejects Plaintiff's declaration, Doc. 13, and directs Plaintiff to refile a corrected motion for default judgment by **December 1, 2020**.

    It is SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                              Edgardo Ramos, U.S.D.J.